# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

MARNARGARIE COLEMAN
O/B/O S.J.                                                              PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:12-CV-700 HTW-LRA

CAROLYN W. COLVIN                                   DEFENDANT
ACTING COMMISSIONER OF SOCIAL SECURITY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against the defendant without prejudice for failure to state a claim.

**SO ORDERED AND ADJUDGED, this the 6TH day of March, 2014.**

                                                           s/ HENRY T. WINGATE
                                                           UNITED STATES DISTRICT JUDGE